**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LORAYNE E. SOUDERS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:12-cv-01074-CCC |
| BANK OF AMERICA, | |
| BANK OF NEW YORK, MELLON, TRUSTEE CWABS 2007-12 ASSET BACKED CERTIFICATES, | Electronically Filed |
| MERSCORP, | |
| Defendants. | |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of New York Mellon, Trustee CWABS 2007-12 Asset Backed Certificates, makes the following disclosure:

The Bank of New York Mellon is a non-governmental corporate party. The Bank of New York Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corporation. No publicly traded entity owns 10% or more of the stock of The Bank of New York.

/s/*Andrew J. Soven*
Andrew J. Soven
Attorney I.D. No. 76766

- 2 -

**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
215-851-8100

Attorneys for Defendants

Dated:  June 6, 2012

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this 6th day of June, 2012, I caused to be served a true and correct copy of the foregoing Disclosure Statement of Defendant Bank of New York Mellon, Trustee CWABS 2007-12 Asset Backed Certificates by U.S. mail upon the following counsel:

Lorayne Elizabeth Souders<br>
190 Black Walnut Drive<br>
Etters, PA 17319<br>
Pro se Plaintiff

                                                /s/*Andrew J. Soven*
                                                Andrew J. Soven