# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORAYNE E. SOUDERS,** | : | **CIVIL ACTION NO. 1:12-CV-1074** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **BANK OF AMERICA,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of February, 2013, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas M. Blewitt (Doc. 20), recommending that plaintiff's complaint be dismissed as to all claims except FDCPA claims, and, following an independent review of the record, and noting that defendants filed objections[1] to the report (Doc. 22), and the court finding Judge Blewitt's analysis to be thorough and well-reasoned, and the court finding the objections to be without merit and squarely addressed by Judge Blewitt's report (Doc. 20), it is hereby ORDERED that:

1. Plaintiff's motion for leave to file memorandum (Doc. 26) is GRANTED.

2. The Report and Recommendation of Judge Blewitt (Doc. 20) are ADOPTED.

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

3. Defendants' motion to dismiss (Doc. 6) is GRANTED and plaintiff's complaint with respect to all claims except her FDCPA claims against defendants is DISMISSED with prejudice. Plaintiff's motion to amend (Doc. 21) is GRANTED. The amended complaint (Doc. 23) is accepted for purposes of filing. Defendants shall respond to said amended complaint within twenty (20) days. Defendants' motion to strike (Doc. 24) is DENIED.

4. The above-captioned case is REMANDED to Magistrate Judge Blewitt for further proceedings.

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge