# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORAYNE E. SOUDERS,** | : | **CIVIL ACTION NO. 1:12-CV-1074** |
| Plaintiff, | : | **(Chief Judge Conner)** |
| v. | : | |
| **BANK OF AMERICA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of November, 2013, upon consideration of the report and recommendation (Doc. 71) of Magistrate Judge Karoline Mehalchick, recommending that defendants' motion (Doc. 31) to dismiss *pro se* plaintiffs' amended complaint (Doc. 23) be granted, and, after an independent review of the record, and the court noting that plaintiff filed objections[1] (Doc. 72) to the report on October 11, 2013, and the court finding Judge Mehalchick's analysis to be thorough, well-reasoned, and fully supported by the record, and the court further finding plaintiff's objections to be without merit and squarely addressed by Judge Mehalchick's report, it is hereby ORDERED that:

1. The report (Doc. 71) of Magistrate Judge Mehalchick recommending the court grant defendants' motion (Doc. 31) to dismiss the *pro se* plaintiff's first amended complaint (Doc. 23) is ADOPTED in its entirety.

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

2. The *pro se* plaintiff's first amended complaint (Doc. 23) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania